**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| PETER KALTMAN, § <br> MALCOLM LORD, § <br> CELESTE NAVON, § <br> DAVID W. ORTBALS, § <br> PAUL E. STEWARD, § <br> GARCO INVESTMENTS, LLP § <br>     Individually and On Behalf of § <br>     All Others Similarly Situated, § <br> § <br>                        Plaintiffs, § <br> § <br> v.                           § <br> § <br> KEY ENERGY SERVICES, INC., § <br> FRANCIS D. JOHN, and § <br> ROYCE MITCHELL, § <br> § <br>                        Defendants. § | CAUSE NO. MO-04-CV-082 |

**DEFENDANT KEY ENERGY SERVICES, INC.'S
SUBMISSION REGARDING CLASS EXPERT DISCLOSURE**

Pursuant to the class expert disclosure deadlines in the joint discovery/case management plan set forth in the Court's Order of November 17, 2006, Defendant Key Energy Services, Inc. ("Key Energy" or the "Company") submits the following with respect to the November 21, 2006 Declaration of Scott D. Hakala, Ph.D., CFA Regarding Market Efficiency ("Declaration"):

Hakala's conclusions in the Declaration are limited in scope to the narrow issue of whether evidence exists for the level of market efficiency required for class certification. Without conceding the issue, Key Energy will not offer, at the class certification stage, expert testimony to rebut Hakala's conclusion that Key Energy shares traded on an efficient market during the proposed class period.

Key Energy does not concede the existence of any "cause and effect relationship" described in Hakala's Declaration between any events in the marketplace, including the financial releases of the Company, and movements in the security price.  Key Energy does not concede the statistical significance of any individual event or trading day in Hakala's analysis.

Key Energy does not concede the appropriateness of the start and end dates of the class, or class definition, and does intend to contest those issues in its Response to the Motion for Class Certification.

Key Energy reserves the right to offer countervailing expert testimony with respect to any additional opinions or subject matter set forth in any subsequent class expert disclosures or given during deposition, whether of Hakala or any other individual whom Plaintiffs may proffer as an expert with respect to issues of class certification.

Respectfully submitted,

KING & SPALDING LLP

*/s/ Penn C. Huston*
_____
Mark K. Glasser
Texas Bar No. 08014500
1100 Louisiana Street, Suite 4000
Houston, TX 77002
(713) 751-3200 (Telephone)
(713) 751-3290 (Facsimile)

ATTORNEY IN CHARGE FOR
DEFENDANT KEY ENERGY SERVICES,
INC.

OF COUNSEL:

KING & SPALDING LLP
Penn C. Huston
Texas Bar No. 00796804
Jeremiah Anderson
State Bar No. 24040432
1100 Louisiana, Suite 4000
Houston, Texas  77002
(713) 751-3200 (Telephone)
(713) 751-3290 (Facsimile)

LYNCH, CHAPPELL & ALSUP, P.C.
Harper Estes
State Bar No. 06675400
300 North Marienfeld, Suite 700
Midland, Texas  79701
Telephone:  432-683-3351
Facsimile:  432-683-2587

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of December 2006, the foregoing have been served via CM/ECF and/or by first class United States mail, to all counsel as indicated below:

Michael Klein
Smith, Robertson, Elliott, Glen, Klein & Bell, LLP
221 West Sixth Street, Suite 1100
Austin, Texas  78701
Telephone:	512-225-5800
Fax:		512-225-5838

Katharine M. Ryan
Christopher L. Nelson
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone:	610-667-7706
Fax:		610-667-7056

*Attorneys for Plaintiffs*

Robin C. Gibbs
Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, Texas  77002
Telephone:	713-650-8805
Fax:		713-750-0903

*Attorneys for Francis D. John*

Bruce W. Collins
Carrington Coleman Sloman & Blumenthal L.L.P.
200 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:	214-855-3000
Fax:		214-855-1333

*Attorneys for Royce W. Mitchell*

							*/s/ Penn C. Huston*
							_____
							Penn C. Huston