IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
MAY - 7 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| PETER KALTMAN, § | |
| MALCOLM LORD, § | |
| CELESTE NAVON, § | |
| DAVID W. ORTBALS, § | |
| PAUL E. STEWARD, § | |
| GARCO INVESTMENTS, LLP, § | MO-04-CV-082 |
|    Individually and On Behalf of § | |
|    All Others Similarly Situated, § | |
|       Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| KEY ENERGY SERVICES, INC., § | |
| FRANCIS D. JOHN, ROYCE W. MITCHELL, § | |
| RICHARD J. ALARIO, and § | |
| JAMES J. BYERLOTZER, § | |
|       Defendants. § | |

## ORDER

It is **HEREBY ORDERED** that the Hearing on Defendant Key Energy's Motion for Protective Order and the Hearing on Plaintiff's Motion to Certify Class are consolidated and reset for July 9, 2007, at 1:30 P.M., on the third floor of the United States Courthouse, 200 E. Wall Street, Midland, Texas.

It is **FURTHER ORDERED** that any response to the request for production (No. 70) shall be stayed until such time as the Court issues a ruling on the aforementioned protective order.

**IT IS SO ORDERED.**

SIGNED on this _4_ day of **MAY, 2007**.

ROBERT JUNELL
United States District Judge
Western District of Texas

K:\Text\Brad Anderson\Civil\Key Energy\keydate.wpd